1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARWIN L. WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>DAN WHITE et al.,<br><br>                Defendant. | CASE NO. 2:23-cv-01587<br><br>DISMISSAL ORDER |

Plaintiff Darwin L. Williams initiated this action on October 17, 2023, by filing an Application to Proceed in Forma Pauperis (IFP) and Proposed Complaint. Dkt. No. 1. Two days later, the Clerk of Court issued a Notice of Filing Deficiency, informing Williams that he had submitted the wrong IFP Application and omitted the Civil Cover Sheet required by Local Civil Rule 3(a). Dkt. No. 3. The Clerk enclosed the proper IFP form with this Notice and instructed Williams to complete and submit the form no later than November 2023, expressly stating that failure to do so could result in dismissal of this action. *Id.* Since then, Williams has taken no action on the case docket.

**DISMISSAL** ORDER - 1

On September 6, 2024, the Court issued an Order to Show Cause, instructing Williams to "submit a short statement, not to exceed six (6) pages, explaining why this case should not be dismissed for failure to prosecute." Dkt. No. 4. The Court expressly noted that "[f]ailure to file a response will result in dismissal of Williams's action." *Id.*

As of this date, Williams has made no response to the Court's Order to Show Cause. *See* Dkt. Williams has taken no action on the case docket since filing his initial IFP application in October 2023. *Id.* Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute.

It is so ORDERED.

Dated this 7th day of October, 2024.

Jamal N. Whitehead
United States District Judge

**DISMISSAL** ORDER - 2